```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02566
   MICHAEL ANTHONY PEOPLES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-0041


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 02/14/2007 and was not confirmed.

    The case was dismissed without confirmation 08/16/2007.
----------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID         PAID
----------------------------------------------------------------------
CAPITAL ONE               UNSECURED         1409.84         .00          .00
SPRINT PCS                UNSECURED          532.34         .00          .00
FOUNDATION EMERGENCY SER  UNSECURED        NOT FILED        .00          .00
FOUNDATION EMERGENCY SER  UNSECURED        NOT FILED        .00          .00
CHASE                     UNSECURED        NOT FILED        .00          .00
CITY OF CHICAGO PARKING   UNSECURED         2460.00         .00          .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED        .00          .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED        .00          .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED        .00          .00
M3 FINANCIAL SERVICES IN  UNSECURED        NOT FILED        .00          .00
M3 FINANCIAL SERVICES IN  UNSECURED        NOT FILED        .00          .00
M3 FINANCIAL SERVICES IN  UNSECURED        NOT FILED        .00          .00
EVERGREEN MEDICAL SPECIA  UNSECURED        NOT FILED        .00          .00
EVERGREEN MEDICAL SPECIA  UNSECURED        NOT FILED        .00          .00
EVERGREEN MEDICAL SPECIA  UNSECURED        NOT FILED        .00          .00
EVERGREEN MEDICAL SPECIA  UNSECURED        NOT FILED        .00          .00
PREMIER BANKCARD          UNSECURED          384.96         .00          .00
ASPIRE VISA GOLD          UNSECURED          443.60         .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         2180.00         .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,464.00                   388.44
TOM VAUGHN                TRUSTEE                                       26.56
DEBTOR REFUND             REFUND                                          .00

          Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                 415.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                              388.44
TRUSTEE COMPENSATION                         26.56
DEBTOR REFUND                                  .00
```

```
                            ---------------       ---------------
TOTALS                              415.00                415.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 12/05/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```